894 A.2d 657

IN THE MATTER OF JON MITCHELL DEMASI, AN ATTORNEY
AT LAW (ATTORNEY NO. 019231991).

March 30, 2006.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–323, concluding that **JON MITCHELL De-MASI** of **WOODBURY**, who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep the client reasonably informed about the status of the matter or to promptly comply with reasonable requests for information), *RPC* 1.5(b) (failure to communicate the basis or rate of fee in writing), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to practice under supervision for a period of two years;

And good cause appearing;

It is ORDERED that **JON MITCHELL DeMASI** is hereby reprimanded; and it is further

ORDERED that **JON MITCHELL DeMASI** practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.